UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 18 2006 ★
BROOKLYN OFFICE

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7915362680 HELD IN THE
NAME OF NEIL S. KRAMER P.C.
PENSION TRUST AT COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7918200424 HELD IN THE
NAME OF BK ENTERPRISES AT
COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7918256459 IN THE NAME OF
NEIL S. KRAMER AT COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 995002471265 HELD IN THE
NAME OF ARTHUR USEROWITZ AT J.P.
MORGAN CHASE,

ONE 1999 FORD EXPEDITION BEARING
NEW JERSEY LICENSE PLATE ZK348E and

ONE 2000 JAGUAR BEARING NEW
JERSEY LICENSE PLATE NCF40X,

          Defendants.

- - - - - - - - - - - - - - - X

Unsealing Order

MISC. 06-143

     Application having been made by Assistant United States Attorney Brendan G. King, Jr. for an Order unsealing the above-captioned affidavit in support of seizure warrants filed March 27, 2006 in the above-captioned case, it is hereby:

ORDERED that the affidavit in support of seizure warrants filed on March 27, 2006 is unsealed for all purposes.

Dated:   Brooklyn, New York
         April    , 2006

                                        s/Roanne L. Mann
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK

EDB:BGK
2005V01678

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

- against -

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7915362680 HELD IN THE
NAME OF NEIL S. KRAMER P.C.
PENSION TRUST AT COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7918200424 HELD IN THE
NAME OF BK ENTERPRISES AT
COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 7918256459 IN THE NAME OF
NEIL S. KRAMER AT COMMERCE BANK,

ALL FUNDS ON DEPOSIT IN ACCOUNT
NUMBER 995002471265 HELD IN THE
NAME OF ARTHUR USEROWITZ AT J.P.
MORGAN CHASE,

ONE 1999 FORD EXPEDITION BEARING
NEW JERSEY LICENSE PLATE ZK348E and

ONE 2000 JAGUAR BEARING NEW
JERSEY LICENSE PLATE NCF40X,

Defendants.

- - - - - - - - - - - - - - - X

Application for
Unsealing Order

MISC. 06-143

BRENDAN G. KING affirms as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of New York.

2. On March 27, 2006, The Honorable Joan M. Azrack issued seizure warrants for the above referenced defendant property

and ordered the affidavit in support of the seizure warrants sealed.

3. On or about March 27, 2006, Special Agents of the Bureau of Immigration Customs Enforcement seized the above referenced defendant property.

4. In light of the fact that the defendant property has been seized, the government moves to have the affidavit in support of the seizure warrants filed March 27, 2006 unsealed for all purposes.

Dated:  Brooklyn, New York
        April 12, 2006

_____
Brendan G. King
Assistant U.S. Attorney